**Order entered January 8, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00632-CR

**VICTOR ZAMARRON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-30457-U**

## ORDER

The appellate record was due September 20, 2019. Before the Court is court reporter Sasha Brooks's January 6, 2020 third request for additional time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed on or before January 27, 2020. We caution Ms. Brooks that the failure to file the reporter's record by that date will result in the Court taking whatever remedies it has to ensure the appeal proceeds in a timely and expeditious manner, which may include ordering Ms. Brooks not to sit until the reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Stephanie Mitchell, Presiding Judge, 291st Judicial District Court; Sasha Brooks, official court reporter, 291st Judicial District Court; and counsel for all parties.

/s/     LANA MYERS
           JUSTICE